IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RUSSELL WAYNE MATTHEWS,

Plaintiff,

v.

CIVIL ACTION NO.: CV511-060

BERRY GOODRICH; PEGGY COOPER;
DEBORAH MOORE; BRIAN OWENS;
and DR. SHARON LEWIS,

Defendants.

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff reiterates the facts he stated in his original complaint. Plaintiff claims he was denied medical treatment because he did not receive physical and occupational therapy for six to eight weeks after his injury. As explained in the Magistrate Judge's Report, Plaintiff's allegations do not satisfy the standard required to constitute a deliberate indifference claim. At most, Plaintiff alleges negligence.

Plaintiff's Objections are without merit and are **OVERRULLED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**. The Clerk of Court is directed to enter the appropriate Judgment of dismissal.

**SO ORDERED**, this 2 day of August, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA